# United States District Court
## Eastern District of California

UNITED STATES OF AMERICA

v.

**BYRON CIFUENTES**

2nd **AMENDED**
**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)
Case Number: **5:11-cr-00003 JLT**

Jared Thompson
Defendant's Attorney

**THE DEFENDANT:**

[✔] pleaded guilty to count 5.
[ ] pleaded nolo contendere to counts(s) ___ which was accepted by the court.
[ ] was found guilty on count(s) ___ after a plea of not guilty.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18:13 CPC 415(2) | Noise Disturbance | Oct 2011 | 5 |

The defendant is sentenced as provided in pages 2 through _2_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

5/1/2012
Date of Imposition of Judgment

*(signature)*
Signature of Judicial Officer

**JENNIFER L. THURSTON**, U.S. Magistrate Judge
Name & Title of Judicial Officer

5/3/12
Date

## PROBATION

The defendant is placed on **COURT UN-SUPERVISED PROBATION** for a term of 6 months. Defendant is to comply with and obey all federal, state and local laws. Defendant is ordered to enroll at Counseling and Psychotherapy Center in Lancaster, CA and complete 10 sessions of group sex therapy.

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties as follows.

|          | Assessment | Fine      | Total     |
|----------|------------|-----------|-----------|
| Totals:  | $ 10.00    | $ 390.00  | $ 400.00  |

## SCHEDULE OF PAYMENTS

Payment of the total fine shall be due within 4 months.

Payments must be made by Check or Money Order, payable to: Clerk, U.S. District Court and *mailed* to:

U.S. District Court
Office of the Clerk
2500 Tulare Street, Room 1501
Fresno, CA 93721

Your check or money order must indicate your name and case number to ensure your account is credited for payments received.

## STATUS HEARING

The defendant is ordered to appear at a Status Hearing on 11/6/2012 at 9:00 A.M., U.S. District Court, 510 19th Street, 2nd Floor, Bakersfield, CA 93301.